IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01873-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

BUREAU OF PRISONS,
ADM. OFFICE OF THE U.S. COURTS,
JUDICIAL CONFERENCE COMMITTEE,
ERIC HOLDER, Atty. General,
CHRISTOPHER B. SYNSVOLL, and
DEBORAH A. LOCKE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 04 2009

GREGORY C. LANGHAM
                 CLERK

---

## ORDER OF DISMISSAL

---

On September 23, 2009, Mr. Young, a federal prisoner currently housed in the State of Colorado, was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restrictions in § 1915(g). Mr. Young also was instructed to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action and was warned that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

Mr. Young now has failed to communicate with the Court, and as a result he has failed to pay the filing fee within the time allowed. Therefore, the Complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Mr. Young failed to pay the $350.00 filing fee in full within the time allowed.

DATED at Denver, Colorado, this 4th day of November, 2009.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01873-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/4/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk